ACCEPTED
04-14-00651-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
1/14/2015 5:14:07 PM
KEITH HOTTLE
CLERK

NO. 04-14-00651-CV

IN THE COURT OF APPEALS
FOURTH COURT OF APPEALS DISTRICT
SAN ANTONIO, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
01/14/2015 5:14:07 PM
KEITH E. HOTTLE
Clerk

PHILIP WAYNE HINDES AND MELINDA HINDES EUSTACE,

*Appellants*

v.

LA SALLE COUNTY, TEXAS, HON. JOEL RODRIGUEZ, JR., IN HIS OFFICIAL CAPACITY AS COUNTY JUDGE, LA SALLE COUNTY, TEXAS, AND HON. RAUL AYALA, IN HIS OFFICIAL CAPACITY AS COUNTY COMMISSIONER, PRECINCT 4, LA SALLE COUNTY, TEXAS.

*Appellees*

ON APPEAL FROM THE 81ST DISTRICT COURT, LA SALLE COUNTY, TEXAS
HONORABLE DICK ALCALA PRESIDING
CAUSE NO. 12-09-00179-CVL

**APPELLEES' SECOND UNOPPOSED
MOTION FOR EXTENSION OF TIME TO FILE APPELLEES' BRIEF**

TO THE HONORABLE FOURTH COURT OF APPEALS:

Appellees respectfully present this second unopposed motion to extend the time in which to file their Appellees' Brief pursuant to Texas Rule of Appellate Procedure 38.6. In support of this motion, Appellees would show the Court as follows:

## I.

Appellees' principal brief is currently due on January 22, 2015. Because of the events and matters described more fully below, Appellees request an extension of an additional two weeks in which to file the Appellees' brief or until February 5, 2015.

## II.

The requested extension is necessary because, in addition to managing his normal caseload, the following unexpected matters have prevented the undersigned from completing the Appellees' Brief and will likely preclude the undersigned from doing so sooner than February 5, 2015:

1.  On December 29, 2014, because of the serious illness of one of his law partners, the undersigned was asked to assume responsibility as lead litigation counsel for Plaintiff in Cause No. 12-0921 styled *Wimberley Springs Partners, Ltd. v. Woodcreek Property Owners Association of Hays County, Inc., Sue Csejka, Janelle Delaney, Merry Merian, Diane Susan Percell, Glynn Schanen and Liz Sumter* pending in the District Court of Hays County, Texas, 428th Judicial District. Numerous motions were pending in the case, including an application for injunctive relief, a motion to compel and for sanctions, a motion to stay, a motion to compel mediation, and special exceptions, all of which were set for January 7, 2015. At the time the undersigned agreed to take over as lead litigation

counsel, it was not anticipated that it would impact his ability to prepare Appellees' brief in this matter.

2.  During the injunction portion of the January 7th hearing, counsel for the party seeking relief announced that his client was withdrawing the application for injunctive relief without prejudice to reasserting it in the future. Yesterday, the undersigned was notified that the application for injunctive relief had been reset for tomorrow, January 15, 2015.

3.  Additionally, in the same case, the undersigned had to spend a significant amount of time late last week and this week briefing and drafting a motion to recuse the presiding state district court judge.

For the reasons explained above, counsel for Appellees anticipates that likely will not be able to complete the Appellees' Brief by its current due date of January 22, 2015, and needs an additional two weeks in which to do so.

### III.

On January 14, 2015, the undersigned conferred with Appellant's lead appellate counsel and Mr. Sam Houston indicated that this motion would not be opposed.

WHEREFORE, PREMISES CONSIDERED, Appellees respectfully request that this Court grant their motion for extension of time in which to file Appellees' Brief, extend the deadline in which to file the brief an additional two weeks up to and

including February 5, 2015, and grant such other and further relief to which appellants may be justly and equitably entitled.

Respectfully submitted,

/s/ Michael Shaunessy
MICHAEL SHAUNESSY
State Bar No.18134550
MCGINNIS, LOCHRIDGE & KILGORE, LLP
600 Congress Avenue, Ste. 2100
Austin, Texas 78701
Telephone: (512) 495-6061
Fax: (512) 505-6361
mshaunessy@mcginnislaw.com

ATTORNEY FOR APPELLEES

# CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing motion has been served on the following counsel in accordance with the Texas Rules of Appellate Procedure, on this 14th day of January, 2015:

Samuel V. Houston, III                                  *Via email/e-service*
HOUSTON DUNN, PLLC
4040 Broadway, Suite 440
San Antonio, Texas 78209
sam@hdappeals.com

Christopher S. Johns                                    *Via email/e-service*
JOHNS MARRS ELLIS & HODGE LLP
805 West 10th Street, Suite 400
Austin, Texas 78701
cjohns@jmehlaw.com

Dan Miller                                              *Via email/e-service*
MCELROY, SULLIVAN, MILLER
WEBER & OLMSTEAD, LLP
P.O. Box 12127 Austin, Texas 78711
dmiller@msmtx.com

                                          /s/ Michael Shaunessy
                                          MICHAEL SHAUNESSY